UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO ALVARADO,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                Plaintiff,<br><br>    -against-<br><br>VILLAS MARKET PLACE INC.,<br>d/b/a GARDEN GOURMET MARKET, and<br>ANDREAS ZOITAS,<br>                Defendants. | Case No.: 1:19-cv-04036 (VEC)<br><br>**NOTICE OF ACCEPTANCE**<br>**OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff FRANCISCO ALVARADO hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated July 24, 2020 and annexed hereto as **Exhibit A**.

Dated: July 28, 2020                            Respectfully submitted,

                                                By:    */s/ C.K. Lee*

                                                          C.K. Lee, Esq. (CL 4086)
                                                          LEE LITIGATION GROUP, PLLC
                                                          148 West 24th Street, 8th Floor
                                                          New York, NY 10011
                                                          Tel.: (212) 465-1188
                                                          Fax: (212) 465-1181
                                                          *Attorneys for Plaintiff*