| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/6/2020 |

FRANCISCO ALVARADO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        Plaintiff,

  -against-

VILLAS MARKET PLACE INC.,
d/b/a GARDEN GOURMET MARKET, and
ANDREAS ZOITAS,
        Defendants.

Case No.: 1:19-cv-04036

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants VILLAS MARKET PLACE INC., d/b/a GARDEN GOURMET MARKET, and ANDREAS ZOITAS, (collectively, "Defendants") having offered to allow Plaintiff FRANCISCO ALVARADO ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated July 24, 2020 and filed as Exhibit A to Docket Number 56.;

    **WHEREAS**, on July 28, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 56);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 24, 2020 and filed as Exhibit A to Docket Number 56. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: ___August 6_____, 2020      _____
New York, New York                           VALERIE E. CAPRONI
                                                            United States District Judge